UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MAIN STREET AMERICA ASSURANCE | : | |
| COMPANY and | : | |
| NGM INSURANCE COMPANY | : | |
| | : | Docket No.: 3:18-cv-01989 |
| Plaintiffs, | : | |
| | : | |
| V. | : | |
| | : | |
| J. D'AMELIA & ASSOCIATES, LLC and | : | |
| KEITH PEMBERTON, | : | |
| | : | |
| Defendants. | : | |

## STIPULATION OF DISMISSAL AS TO ALL CLAIMS

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41 (b), hereby stipulate that all claims be dismissed, with prejudice and without costs, waiving any and all rights of appeal.

DATED:    Hartford, Connecticut
          March 13, 2020

                              Plaintiffs,
                              MAIN STREET AMERICA ASSURANCE
                              COMPANY and NGM INSURANCE COMPANY,
                              By Its Attorney:

                              /s/ **Kelly E. Petter**
                              Scott T. Ober, Esquire (ct23046)
                              sober@hassettanddonnelly.com
                              Kelly E. Petter, Esquire (ct29762)
                              kpetter@hassettanddonnelly.com
                              Hassett & Donnelly, P.C.
                              City Place I
                              185 Asylum Street – 26th Floor
                              Hartford, CT  06013
                              (860) 247-0644

DEFENDANT, KEITH PEMBERTON
By His Attorney:

/s/ *M. John Strafaci*
M. John Strafaci, Esquire (ct08570)
Law Offices of M. John Strafaci, LLC
191 Hempstead Street, PO Box 348
New London, CT 06320
860-442-8667 / Fax #: 860-442-0218
Email: jennifer@strafacilaw.com

THE DEFENDANT,

/S/ Donn A. Swift, Esq.
DONN A. SWIFT, ESQ.
LYNCH, TRAUB, KEEFE & ERRANTE, P.C.
52 TRUMBULL STREET, POB 1612
NEW HAVEN, CT 06510
Federal Bar No. ct05274
E-mail: DSwift@LTKE.com
TEL. (203) 787 0275
FAX: (203) 782 0278

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2020, a copy of foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/ **Kelly E. Petter**
Kelly E. Petter, Esquire